Peter A. Davidson (SBN 76194)
   pdavidson@ecjlaw.com
ERVIN COHEN & JESSUP LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325

JS-6

Attorneys for James H. Donell, Receiver

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES H. DONELL, Receiver for NewPoint Financial Services, Inc.,<br><br>                    Plaintiff,<br><br>v.<br><br>DAVID KHAZAN aka HOUMAN D. KHAZAN aka DAVID HOUMAN KHAZAN,<br><br>                    Defendants. | CASE NO. 12-CV-00517-DDP-JEM<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

   Based on the Stipulation dismissing case, entered into by the parties as a result of a settlement, and good cause appearing, therefor,

   1.   IT IS HEREBY ORDERED this case is dismissed without prejudice.

DATED: May 10, 2012

                                   *[signature]*
                                   DEAN D. PREGERSON
                                   UNITED STATES DISTRICT JUDGE

13390.10:1600663.1

ORDER DISMISSING CASE WITHOUT PREJUDICE